**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 08mj402 |
| Plaintiff | |
| vs. | ORDER |
| Eli Norman Bliss, et al | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States District/(Magistrate Judge,) **Anthony J. Battaglia**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Esteban Alvarez-Santos

DATED: 2/20/08

RECEIVED
2008 FEB 20 A 4:28
U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
      Deputy Clerk