UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE ANTHONY J. BATTAGLIA

| UNITED STATES OF AMERICA, | )CASE NO. 08cr0524LAB |
| | )MAGISTRATE NO. 08MJ0402 |
| Plaintiff, | ) |
| | )ORDER TO |
| -vs- | )EXONERATE BOND FOR |
| | )MATERIAL WITNESS |
| ELI NORMAN BLISS, et. al. | ) |
| | )ESTEBAN ALVAREZ-SANTOS |
| Defendants. | ) |
| | ) |
| _____ | ) |

        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal

surety bond deposited on behalf of the Material Witness, ESTEBAN

ALVAREZ-SANTOS is exonerated and all monies deposited for his bond

are to be returned to the surety listed in the financial office of

the Clerk.

To wit: FRANCISCO JAVIER RIOS AGUILAR
        7134 Amherst Street Apt 6
        San Diego, CA 92115

SO ORDERED:

DATED:  April 4, 2008

                                    _____
                                    Hon. Anthony J. Battaglia
                                    U.S. Magistrate Judge
                                    United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28