```
 1
 2
 3
 4
 5
 6                      UNITED STATES DISTRICT COURT
 7                    SOUTHERN DISTRICT OF CALIFORNIA
 8                    HONORABLE ANTHONY J. BATTAGLIA
 9  UNITED STATES OF AMERICA,        ) CASE NO. 08cr0524LAB
                                     ) MAGISTRATE NO. 08MJ0402
10        Plaintiff,                 )
                                     ) ORDER TO
11  -vs-                             ) EXONERATE BOND FOR
                                     ) MATERIAL WITNESS
12  ELI NORMAN BLISS, et. al.        )
                                     ) EFRAIN MONTOYA-VELASCO and
13        Defendants.                ) JORGE MONTOYA-VELASCO
                                     )
14  _____)
```

15    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal

16 surety bonds deposited on behalf of the Material Witnesses, EFRAIN

17 MONTOYA-VELASCO and JORGE MONTOYA-VELASCO are exonerated and all

18 monies deposited for their bonds are to be returned to the surety

19 listed in the financial office of the Clerk.

20 To wit:

21 JOSE ANTONIO MONTOYA-VELASCO
   10615 4th Avenue West
22 Everett, WA 98204

23 SO ORDERED:

24

25 DATED:  April 4, 2008

26                                   _____
                                     Hon. Anthony J. Battaglia
27                                   U.S. Magistrate Judge
                                     United States District Court
28